UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | **L-10-CR-548-02** |
| | § | |
| | § | |
| **RUBEN DE LEON** | § | |

<u>INFORMATION OF PRIOR CONVICTIONS (ENHANCEMENT)</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney for the Southern District of Texas and pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851, files this Information of Prior Conviction of the above-named Defendant, **RUBEN DE LEON**.

The United States Attorney represents to the Court that the defendant has the following prior conviction and therefore is liable for increased punishment by reason of one or more prior convictions of a felony drug offense in accordance with the provisions of Title 21, Chapter 13, United States Code, Section 841:

On September 18, 2003, in cause No. 828658, in the 262nd District Court of Harris County, Texas, the defendant, Ruben De Leon, was convicted of the felony drug offense of possession with intent to deliver cocaine weighing at least 400 grams, a felony offense of the 1st degree and was sentenced to 10 years term of confinement, a $10,000 fine, plus court costs of $257.25, subject to the following special instruction:  Sentence was to run concurrent with the sentence imposed in the case of Federal Register #15270-179 out of the Southern District of Texas Federal docket #

5:02CR00522-001.

                                  Respectfully Submitted,

                                    JOSE ANGEL MORENO
                                    UNITED STATES ATTORNEY

By:

                                    **/s/**
                                    ROBERTO F. RAMIREZ
                                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Information of Prior Conviction has been faxed

and electronically filed, to Mr. Oscar O. Peña, attorney for defendant, in Laredo, Texas, on this the

**9th** day of **MAY, 2010,** doing business at the following address:

Oscar O. Pena
Attorney at Law
1720 Matamoros
Laredo, TX 78040
(956) 722-5167
(956) 722-5186 fax


          **/s/**
          ROBERTO F. RAMIREZ
          Assistant United States Attorney