UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | L-10-CR-548-02 |
| | § | |
| **RUBEN DE LEON** | § | |

SECOND INFORMATION OF PRIOR CONVICTIONS (ENHANCEMENT)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney for the Southern District of Texas and pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851, files this Information of Prior Conviction of the above-named Defendant, **RUBEN DE LEON**.

The United States Attorney represents to the Court that the defendant has the following prior conviction and therefore is liable for increased punishment by reason of one or more prior convictions of a felony drug offense in accordance with the provisions of Title 21, Chapter 13, United States Code, Section 841:

On February 20, 2003, in the Southern District of Texas, Laredo Division, the defendant, Ruben De Leon, was convicted of the felony drug offense of Possession with intent to Distribute Marijuana in excess of 100 kilograms in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B) and 851(a), as charged in Count One of the indictment, in Case Number 5:02CR-00522-001, and was sentenced to be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Seventy Four (74) Months, Eight (8) Years Term

of Supervised Release, a Fine of in the Amount of $2,500, and a special assessment of $100.

                          Respectfully Submitted,

                          JOSE ANGEL MORENO
                          UNITED STATES ATTORNEY

By:

                            /s/
                          ROBERTO F. RAMIREZ
                          Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Second Information of Prior Conviction has been faxed and electronically filed, to Mr. Oscar O. Peña, attorney for defendant, in Laredo, Texas, on this the **9th** day of **MAY, 2010,** doing business at the following address:

Oscar O. Pena
Attorney at Law
1720 Matamoros
Laredo, TX 78040
(956) 722-5167
(956) 722-5186 fax


        /s/
      ROBERTO F. RAMIREZ
      Assistant United States Attorney